(129 So. 927)

## James WRIGHT v. STATE.
### 5 Div. 791.

Court of Appeals of Alabama.
June 24, 1930.

D. T. Ware, of Roanoke, for appellant.

Charlie C. McCall, Atty. Gen., and R. T. Goodwyn, Jr., Asst. Atty. Gen., for the State.

RICE, J.
Affirmed.